5-21-2015

TO: The 5th District Court of Appeal, of Texas

District Clerk of the court

RECEIVED
Court of Appeals
JUN 09 2015
Lisa Matz
Clerk, 5th District

05-11-01087-CR
CASe F10-24557-J

FROM: ORvis WAYNE PORTER #1905515
Jester 3 unit
Jester 3 Rd.
Richmond, Texas 77406 (July 12, 2011)
my Address to Foward, Report Record
from my TRiAl held Judge Gracie Lewis
Court criminal district court 3, DAllas county

I would like to Buy my Report Records
at my tRiAl, This are the one i
like, I would like 2 copy's at 10¢
a Copy. It would Be $15.80, But, I am
Send $17.00 dollars to the court, out of
my Inmate account, To Be foward, please.
may God Bless! and Thank you for your
time. Sincerly,
MR. ORvis WAYNE PORter
# 1905515

TO: The court of appeal

I would like to Buy my court Report Record's at the 10¢ cost, the court charge, I would also like double copy of the charge, This are the Record I need please, I am Realse $17.00 dollaris for the Record, I am Request from my Inmate account, Thank you!

---

CR: 5, CR: 22, CR: 41, CR: 39 CR: 40
I would like 2 copy's each that $1.00 each

---

volumes 2

I would like Report Record's RR-2:4 threw PAGE RR 2:12 of the Report Record's, I would like 2 copy's that would be $1.60 each

---

volume's 3

I would like Report Record's - RR-3:4 threw PAGE RR-3:13 I would like 2 copy each, That would be $1.80

---

Volumes 4

I would like Report Record's RR-4:4 to RR 4:5 that would Be 40¢ I would like 2 copy each

---

volumes 5

I would like Report Record RR-5:4 threw page RR-5:14 That would Be $1.00 a 2 copy each

I would like
volume's 6

---

I would like Report, Records -
RR-6:38 threw page RR 6:88
I would like 2 copy's each that would be
$10.00 dollaris

---

That a total price of
$15.80 at 10¢ a copy
I am send $17.00 dollar's off
my INMATE account ~~ From

the Texas DePARtment of -
CORReCTiON. pleAse fowARd to

my address please -

ORVis WAYNe PoRTeR # 1905515
Jester 3 unit
Juster 3 Rd
Richmond, Texas 77406

APPeAl CASe NUMBeN #
05-11-01087-CR
CASe F10-24557-J

CHIEF JUSTICE
 CAROLYN WRIGHT
JUSTICES
 JIM MOSELEY
 DAVID L. BRIDGES
 MICHAEL J. O'NEILL
 KERRY P. FITZGERALD
 MOLLY FRANCIS
 DOUGLAS S. LANG
 ELIZABETH LANG-MIERS
 MARY MURPHY
 ROBERT FILLMORE
 LANA MYERS
 DAVID EVANS
 DAVID LEWIS



## Court of Appeals
## Fifth District of Texas at Dallas

COURT OF APPEALS, 5TH DISTRICT
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5thcoa.courts.state.tx.us

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5thcoa.courts.state.tx.us

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5THCOA.COURTS.STATE.TX.US

February 21, 2013

Orvis W. Porter
# 11037536
Dallas County Jail
P. O. Box 660334
Dallas, Tx. 75266-0334

ref: 05-11-01087-CR; Orvis Wayne Porter v. State

Mr. Porter:

THE REFERENCE TO YOUR DIRECT APPEAL, PLEASE BE ADVISED THAT YOUR
 APPEAL:

1.      Has been submitted and is pending consideration.

2.      Has been filed but has not yet been decided.

3.      Was affirmed/reversed/dismissed/abated for action of the trial court on _____.

4.      No record of an appeal was found filed under the above name or trial court number. Please provide this
        Court with your appellant number.

5.      Enclosed is a copy of the opinion in your appeal.

6.      This Court does not appoint counsel.

7. Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, Texas 77342; or the trial court for further information or assistance. Your attorney is:____

_____

_____

8. The court has no jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This court does not provide free copies of any documents without prepayment of costs. Our charge is 10 cents per page (or a $5.00 minimum) payable in advance by cashier's check or money order.

9. The Court of Criminal Appeals has jurisdiction over post conviction writs of habeas corpus.

10. We no longer have jurisdiction over your cause.

11. Our records reflect that the appellant/appellee/state was filed on _____.

12. Your case has been set for submission on_____.

13. Your correspondence/material refers to a matter that does not appear to be pending before this Court. If this Court receives further correspondence/material from you over a matter over which we have no jurisdiction, or any correspondence/material that has not been prepared in compliance with relevant statutory re  due on

14. Our records reflect that the appellant/state _____was/is due_____

15. **OTHER:** Clerk record 1 volume 53 pages, Reporters records 7 volumes 465 pages, Apellant brief 18 pages, State brief 11 pages, total cost & shipping $64.70, enclosed is a copy of docket sheet.

Sandra Johnson, Deputy Clerk

Orvis Wayne Porter
#1905513
Jester 3 Unit
Jester 3 Rd.
Richmond, Texas 77406
Case # 05-11-01087-CE

(Distict clerk)
(Mrs. Lisa. Matz)
To: The fifth Court
of appeal district
600 commerce St Suite 200
Dallas, Texas 75 202

FOREVER
USA

7520234653